UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL DRELICH, MICHAEL INCAVO and ROGER SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 2:22-cv-06822-SDW-MAH<br><br>**NOTICE OF VOLUNTARY DIMISSAL UNDER FED. R. CIV. P. 41(a)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Daniel Drelich, Michael Incavo and Roger Smith, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice each of their individual claims against BMW of North America, LLC, without prejudice to the claims of the class.

Dated: March 6, 2023         Respectfully submitted,

*/s/ Andrew W. Ferich*
Andrew W. Ferich (NJ Bar No. 015052012)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

1

SO ORDERED.

/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: March 7, 2023

Robert R. Ahdoot
Bradley K. King (NJ Bar No. 081472013)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
rahdoot@ahdootwolfson.com
bking@ahdootwolfson.com

*Attorneys for Plaintiffs*

2